Ira M. Schwartz, (SBN 010448)
Byron Forrester (SBN 033877)
**Parker Schwartz, PLLC**
7310 N. 16th Street, Suite 330
Phoenix, Arizona 85020
*Telephone*: (602) 282-0477
*Facsimile*: (602) 282-0478
ischwartz@psazlaw.com
*Attorneys for Plaintiff*

Michael A. Cordier, (SBN 014378)
Murphy Cordier Casale Axel PLC
4647 N. 32nd St., Suite 150
Phoenix, Arizona 85018
Telephone: (602) 274-9000
michael@mccalaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Pandvil, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>Jean Paul Chavez Pino, an individual,<br><br>Defendant. | Case No.: CV _____<br><br>**COMPLAINT**<br><br>**(Copyright Violation/Tortious Interference with Contract)**<br><br>**(Jury Trial Demanded)** |

Pandvil, LLC, an Arizona limited liability company, for its Complaint against Jean Paul Chavez Pino, complains and alleges as set forth below.

**Parties, Jurisdiction and Venue**

1. Plaintiff, Pandvil, LLC, ("Pandvil") is an Arizona limited liability company, with its principal place of business in Scottsdale, Arizona.

2. Defendant Jean Paul Chavez Pino ("Pino") is an individual whose address is Alborada 3ra Etapa MZ bi solar 2, Guayaquil, Ecuador.

3. This matter arises out of the takedown provisions of the Digital Millennium Copyright Act ("DMCA"), which is incorporated into the copyright laws of the United States. Defendant's liability arises from a violation of the Copyright Act.

4. This court has jurisdiction pursuant to 28 U.S.C. §1338.

5. Venue is proper in this district pursuant to 28 U.S.C. § 1391 because events giving rise to the causes of action occurred in this district.

**Count 1**

**(Violation of 17 U.S.C. §512)**

6. Pandvil is engaged in the business of creating certain types of computer code and computer-generated images. Some of the key products Pandvil creates are Islands designed to be used as locations in the popular online computer game Fortnite.

7. Fortnite is a very successful online game. Fortnite is owned and operated by Epic Games, Inc. ("Epic").

8. As part of the Fortnite game environment, the game is played on online locations commonly referred to as Islands. Epic allows third party creators to create Islands which can be used for online Fortnite gameplay.

9. As part of its business, Pandvil has created multiple Fortnite Islands. These Islands have been and are very popular with Fortnite players.

10. Fortnite pays the developers of these Islands revenue based upon the number of users who play the game using these third-party developed Islands.

11. One of the Islands created by Fortnite is the Desert Zones War map, with ID# 6013-7804-4824 (the "4824 Map").

12. Pino is also a creator of Fortnite Islands and his Islands compete with those created by Pandvil.

13. During the month of August 2024, the 4824 Map was ranked as #1 in the Desert Zone Wars genre, and this Island generated revenue of approximately $52,000 for Pandvil. According to the ranking information this Island was 5 times as popular as the #2 ranked Island.

14. On or about October 1, 2024, Pino filed a takedown notice under the DMCA with Fortnite claiming that the 4824 Map was infringing upon its copyright.

15. This notice filed by Pino was incomplete, inaccurate, and untrue.

16. Pino did not attach or provide any information identifying what information he claims a copyright in, identify about any copyright registration or other information

3

showing that it had a copyright in the material, or showing an ownership interest in the claimed copyrighted work.

17. Upon information and belief, Pino knew his DMCA takedown notice was improper when he submitted it to Fortnite.

18. Due to the DMCA takedown notice Fortnite removed access to the 4824 Map denying all Fortnite players the ability to access or play this map as of October 1, 2024.

19. Pandvil promptly submitted a counter-notice pursuant to law and Fortnite's policies.

20. Despite submitting the counter-notice, Fortnite did not reinstate the 4824 Map in Fortnite until October 17, 2024.

21. The filing of this false notice caused immediate harm to Pandvil, including substantial loss in revenue for the time the Island was down.

22. Since Pandvil's Island was reinstated, it has lost substantial traffic on its Island. As of October 21, 2024, the 4824 Map is now ranked #3, with approximately one-sixth the number of players it had prior to the takedown notice being put into place.

23. Pandvil estimates due to momentum of the player base, Pandvil may never be able to return to 1st position. At best, with significant marketing effort Pandvil estimates that it will require one year or longer for the 4824 Map to return to 1st position in this genra, as it had prior to the takedown notice being implemented.

24. As a result of this loss in player volume, Pandvil estimates that it will incur a total of over $708,000 in lost revenue until has fully recovered.

4

25. During the same time that Pandvil's Island was down, traffic on Pino's Island has substantially increased and the map that was in third position has increased substantially.

26. Upon information and belief, Pino's actions in filing a false takedown notice was done to cause financial harm to Pandvil, his competitor, and to increase his revenue at the same time.

27. Upon information and belief, Pino's actions were willful and intentional and designed to harm Pandvil, and designed to harm Pandvil at the time in the season when revenues are typically at their highest.

28. Pino's actions were in direct violation of 17 U.S.C. §512(f).

29. Pino's actions have caused harm and damage to Pandvil in the amount to be proven at trial, but not less than $708,000.

30. In addition, Pandvil is entitled to recover its attorneys' fees pursuant to 17 U.S.C. §512. Alternatively, this matter is an exceptional case, and Pandvil is entitled to recover its attorney's fees pursuant to 17 U.S.C. § 505.

## Count 2

### (Tortious Interference with Contract)

31. Pandvil reallages the allegations set forth in paragraphs 1 to 30 above and incorporates them by this reference.

32. A significant part of Pandvil's business is the development of Islands to be used in the online game Fortnite.

5

33. Pandvil creates these Islands in accordance with Fortnite's Terms of Service and its related Island Creator Program terms which allow independent creators to create Islands in the Fortnite game environment.

34. In accordance with the Fortnite Terms of Service and its Island Creator Program, Pandvil receives revenue from Epic, the creator and owner of Fortnite.

35. Pandvil's Islands are very popular with Fortnite users. Pandvil's 4824 Map was recently rated as the #1 most popular Islands in Fortnite in the Desert Zone Wars genre.

36. Pino also develops Islands in Fortnite.

37. Pino was aware of Pandvil's Islands in Fortnite, and was further aware that the 4824 Map was regularly played by many users in Fortnite.

38. As such, Pino was aware of the contractual relationship between Pandvil and Fortnite, as established by the Fortnite Terms of Service and the Island Creator Program.

39. Pino was also aware that pursuant to the Island Creator Program, Pandvil generated substantial revenue from its 4824 Map being played by users in Fortnite.

40. Pino filed a false takedown notice with Fortnite claiming that the 4824 Map infringed upon Pino's intellectual property rights. Pino knew this claim was false when he filed it.

41. When Pino filed the false claim with Fortnite, he knew that Fortnite would take down Pandvil's 4824 Map from Fortnite, at least for some period of time.

42. Pino further knew that such action would cause harm to Pandvil, including substantial loss of revenue to Pandvil.

43. Upon information and belief, Pino believed that by filing this false claim, the 4824 Map would be taken down, and therefore his Fortnite Island would climb in the rankings, resulting in increased play of his Island and thereby increased revenue for him.

44. Upon information and belief, Pino further believed that even if Pandvil's 4824 Map was later restored to Fortnite, the time it was out of play because of the false takedown notice would cause Pandvil's Island to fall in the rankings resulting in long term harm to Pandvil.

45. Pino's acts in filing a false takedown notice was an improper act.

46. Pino's actions in filing a false takedown notice was illegal, specifically a violation of 17 U.S.C. §512.

47. The damages caused by Pino include lost revenue for the period of time Pandvil's Island was taken down, plus lost revenue due to the loss in traffic and revenue from the time the Island was reinstated until such traffic achieves the same level of play as it had prior to the takedown, if ever, plus any additional loss in expected increases in play during that time period.

48. These acts by Pino have caused harm and damage to Pandvil in an amount to be proven at trial, but not less than $708.000.

Wherefore, Pandvil requests relief as follows:

A. For damages due to Pino's violations of 17 U.S.C. §512 in the amount to be proven at trial, but not less than $708,000.

7

B. For damages in the amount to be proven at trial due to Pino's tortious interference with contract, but not less than $708,000.

C. For its attorneys' fees and costs pursuant to 17 U.S.C. §512, or alternatively pursuant to 17 U.S.C. § 505. In the event of default, Pandvil requests attorneys' fees in the amount of $6000.00.

D. For interest on the above amounts at the rate provided by law, from the date of judgment until paid in full; and

E. For such other relief as the Court deems just and proper.

**Jury Demand**

Plaintiff demands a trial by jury.

DATED this 18th day of November, 2024.

**Parker Schwartz, PLLC**

By  *s/Ira M. Schwartz*
    Ira M. Schwartz
    Byron Forrester
    7310 North 16th Street, Suite 330
    Phoenix, Arizona 85020
    *Attorneys for Plaintiff*

    Michael A. Cordier
    **Murphy Cordier Casale Axel PLC**
    4647 N. 32nd St., Suite 150
    Phoenix, Arizona 85018
    *Co-Counsel for Plaintiff*