**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pandvil LLC, | No. CV-24-03216-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Jean Paul Chavez Pino, | |
| Defendant. | |

Before the Court is Plaintiff Pandvil LLC's Motion for Entry of Default Judgment (Doc. 22).

"[T]he party seeking to invoke the jurisdiction of the federal court has the burden of establishing that jurisdiction exists." *Data Disc, Inc. v. Sys. Tech. Assoc., Inc.*, 557 F.2d 1280, 1285 (9th Cir. 1977). Plaintiff states only that "[j]urisdiction and venue are proper in this Court. The Defendant engaged in actions which caused harm and damage to the Plaintiff located in Arizona." (*Id.* at 2.) This bare assertion is insufficient to assure the Court that Defendant, a resident of Ecuador, purposefully directed his activities at Arizona. *See Walden v. Fiore*, 571 U.S. 277, 290 (2014) (holding that "mere injury to a forum resident is not a sufficient connection to the forum" to establish personal jurisdiction); *see also Bridge v. Nature's Sunshine Prods.*, No. SACV 21-1073 JVS, 2021 WL 4572006, at *5 (C.D. Cal. Aug. 4, 2021) ("[A] conclusory statement about the existence of personal jurisdiction is insufficient for Plaintiff[] to carry their burden.").

Pursuant to this Court's continuing obligation to ensure that it possesses jurisdiction,

the Court will deny Plaintiff's motion (Doc. 22) without prejudice. If Plaintiff chooses to file a renewed motion for default judgment, it must adequately demonstrate the existence of personal jurisdiction.

**IT IS ORDERED** that Plaintiff's Motion for Entry of Default Judgment (Doc. 22) is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that if Plaintiff chooses to file a renewed motion, it must do so no later than **March 18, 2026**.

Dated this 6th day of March, 2026.

Michael T. Liburdi
United States District Judge

- 2 -